UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TORIANO JORDAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-344** |
| **TIM WILKINSON, WARDEN** | **SECTION: I** |

## ORDER

Before the Court are the objections of petitioner, Toriano Jordan, to the Report and Recommendation ("report") of United States Magistrate Judge Louis Moore, Jr., denying petitioner's request for a writ of *habeas corpus*.[1]

Petitioner argues that Judge Moore erred in his report by ignoring petitioner's argument that, at trial, his counsel failed to adequately advise petitioner as to the proffered plea agreement and the consequences of proceeding to trial. Petitioner also contends that Magistrate Judge Moore ignored the arguments petitioner presented in his reply to the Government's response to his petition and that Judge Moore's report merely parrots defendant's response.[2]

Judge Moore's report, however, does address petitioner's argument that his defense was prejudiced by the alleged ineffective assistance of his counsel. In section (G) of the report, Judge Moore discusses the inconsistencies in petitioner's testimony at the evidentiary hearing

---

[1] Rec. Doc. No. 27.

[2] The remainder of petitioner's objections reiterate arguments he presented in the petition considered by Judge Moore. Because the Court adopts Judge Moore's report, the Court finds no need to further address these arguments.

1

held in state court regarding alleged misinformation he received, noting that petitioner admitted that his counsel advised him of the plea offer.[3] Judge Moore also cites to the testimony of Frank Brindisi, a Jefferson Parish Assistant District Attorney, who testified that he discussed with petitioner the proposed plea agreement and the consequences petitioner faced if found guilty at trial.[4] Similar testimony was elicited from petitioner's trial counsel. Further, the Court finds that the arguments presented by petitioner in his response to defendant's opposition to his petition were fully considered and addressed in Judge Moore's well-reasoned report.

Accordingly,

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Toriano Jordan, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter

New Orleans, Louisiana, July __7th__, 2006

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[3] Rec. Doc. No. 15, p. 30.

[4] Rec. Doc. No. 15, pp. 31-32.